Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Raffi L. Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
Nora Y. Kaprielian (SBN 316348)
Email: nkaprielian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2800
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Le T. Duong (SBN 297662)
Email: lduong@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94104-3659
Telephone +1 415 543 8700
Facsimile +1 415 391 8269

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JAMES OSBORN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Texas Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 8:18-cv-01743-DOC-KES<br><br>**ORDER**<br><br>Compl. Filed: July 26, 2018<br>    Orange County<br>    Superior Court<br>    Case No. 30-2018-01008163<br><br>Removal: August 24, 2018<br><br>Honorable David O. Carter |

## **ORDER**

Pursuant to Stipulation, this case is remanded to Orange County Superior Court.

Dated: November 5, 2018

*/s/ David O. Carter*
David O. Carter
U.S. District Judge